# EXHIBIT 1

# EXHIBIT 1

**DECLARATION OF DUNCAN BURKE
IN SUPPORT OF INVOLUNTARY CHAPTER 7 PETITION**

I, DUNCAN G. BURKE, hereby declare as follows:

1. I am over the age of 18 and I make this declaration under penalty of perjury under the laws of the United States and the State of Nevada. I have personal knowledge of the statements contained herein. I could and would competently testify to the information contained in this declaration.

2. I am co-counsel for Defendant Polymer80, Inc. ("Defendant") in this matter and have made careful investigation in the cause.

3. I submit this declaration in support of Defendant's Motion to Dismiss Involuntary Chapter 7 Petition (the "Motion"), to which this declaration is attached as Exhibit 1.

4. Exhibit 2 to the Motion is a true and correct copy of the Lyon County Action Complaint.

5. Exhibit 3 to the Motion is a true and correct copy of the Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction (the "Emergency Motion").

6. Exhibit 4 to the Motion is a true and correct copy of the Application for Pre-Judgment Writ of Attachment.

7. Exhibit 5 to the Motion is a true and correct copy of the Order Denying Emergency Relief.

8. Exhibit 6 to the Motion is a true and correct copy of the First Amended Answer and Counterclaim.

9. Exhibit 7 to the Motion is a true and correct copy of the Case Management and Trial Scheduling Order.

10. Exhibit 8 to the Motion is a true and correct copy of Stryk Group Fund's ("SGF") Responses to Polymer80's First Requests for Production.

11. Exhibit 9 to the Motion is a true and correct copy of Amended Case Management Trial Scheduling Order.

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

12. Exhibit 10 to the Motion is a true and correct copy of the Second Amended Answer to Complaint and Counterclaim.

13. Exhibit 11 to the Motion is a true and correct copy of the Motion to Compel, which was submitted for decision on July 3, 2025.

14. Exhibit 12 to the Motion is a true and correct copy of the Opposition to Motion to Compel.

15. Exhibit 13 to the Motion is a true and correct copy of the Reply in Support of Motion to Compel.

16. Exhibit 14 to the Motion is a true and correct copy of the Order Staying Matter Pending Bankruptcy.

17. Through discovery conducted between the filing of the Emergency Motion and the Order Denying Emergency Relief, Polymer80 discovered that the Promissory Notes were fraudulently obtained.

18. In the lead up to the 2024 Trial Date, SGF failed to prosecute the case and failed to produce emails responsive to discovery requests made by Polymer80.

19. SGF did not produce responsive emails (the "Emails") within two weeks of its Responses to Polymer80's First Requests for Production, and to-date has never produced the Emails.

20. In the lead up to the August 19, 2025, the 2025 Trial Date, SGF failed to prosecute the case and continued to fail to produce the Emails.

I, Duncan G. Burke, do hereby swear under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing assertions are true and correct to the best of my knowledge.

Dated this 16th day of July, 2025.

    /s/ Duncan G. Burke
DUNCAN G. BURKE