# EXHIBIT 5

# EXHIBIT 5

FILED

2023 JUL 10 AM 8:22

Andrea Andersen

Case No.: 23-CV-0527

Dept. No.: I

The undersigned affirms that this document does not contain the social security number of any individual.

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF LYON

STRYK GROUP FUND, a Delaware corporation,

    Plaintiff,

v.

POLYMER80, INC., a Nevada corporation; POLYMER80 PROPERTIES, LLC, a Nevada limited liability company; LORAN KELLEY, JR., an individual; TWANA KELLEY, an individual; and DOES I through X, inclusive,

    Defendants.

_____/

POLYMER80, INC., a Nevada corporation; POLYMER80 PROPERTIES, LLC, a Nevada limited liability company; LORAN KELLEY, JR., an individual; TWANA KELLEY, an Individual,

    Counterclaimants,

v.

STRYK GROUP FUND, a Delaware corporation; STRYK GROUP USA, LLC, a Pennsylvania limited liability Company; and JEFFREY EDWARDS, an individual;

    Counterdefendants.

_____/

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR PRE-JUDGMENT WRIT OF ATTACHMENT**

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447
Phone: (775) 463-9500

This Court, having reviewed and considered Plaintiff Stryk Group Fund's ("Plaintiff") *Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction* (the "Motion") and Plaintiff's *Application for Pre-Judgment Writ of Attachment* (the "Application"), Defendants Polymer80, Inc., Polymer80 Properties, LLC, Loran Kelley, Jr., and Twana Kelley's (collectively, "Defendants") *Opposition to Motion for Preliminary Injunction and Opposition to Application for Pre-Judgment Writ of Attachment*, and *Plainitff's* [sic] *Reply in Support of Motion for Preliminary Injunction and Reply in Support of Application for Pre-Judgment Writ of Attachment*, and having considered the exhibits thereto and the arguments therein, and having conducted a hearing on the Motion and the Application on July 7, 2023, and good cause appearing, the Court hereby DENIES the *Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction* and DENIES the *Application for Pre-Judgment Writ of Attachment*.

The Court finds that a threshold requirement for the Motion and the Application was not met. The contracts and agreements that form the basis for the Motion and the Application contain Delaware choice of law provisions. Plaintiff failed to provide the Court with any explanation of the legal effect of the choice of law provisions and the Motion and Application are therefore deficient. Plaintiff has not provided a basis for the Court to determine whether to follow Nevada or Delaware law in deciding the Motion and Application and on that basis they cannot be granted.

The Court makes no factual findings regarding the Motion and the Application.

Based on the foregoing:

IT IS HEREBY ORDERED that Plaintiff's *Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction* and Plaintiff's *Application for Pre-Judgment Writ of Attachment* are DENIED without prejudice should Plaintiff wish to renew its requests for relief.

DATED this ___ day of July, 2023.

JOHN P. SCHLEGELMILCH,
DISTRICT JUDGE

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447
Phone: (775) 463-9500