# EXHIBIT 1

# EXHIBIT 1

BRAD JOHNSTON, ESQ.
Nevada Bar No. 8515
BJohnston@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Alleged Debtor Polymer80*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>POLYMER 80 INC.,<br><br>Alleged Debtor. | Case No.: BK-25-50566-HLB<br><br>Involuntary Chapter 7<br><br>**STIPULATION TO RESCHEDULE HEARING (SECOND REQUEST)**<br><br>Current Hearing Date:  November 7, 2025<br>Current Hearing Time:  1:30 p.m.<br><br>**New Hearing Date:**  **December 10, 2025**<br>**New Hearing Time:**  **1:30 p.m.** |

Polymer80 Inc. ("Polymer80"), by and through its counsel, Simons Hall Johnston PC, and Stryk Group Fund ("Stryk Group"), by and through their legal counsel, Woodburn and Wedge (collectively referred to as the "Parties") hereby stipulate and agree as follows:

1. On June 23, 2025, Stryk Group filed an Involuntary Chapter 7 Petition [ECF No. 1].

2. On July 16, 2025, Polymer80 filed a Motion to Dismiss Involuntary Chapter 7 Petition [ECF No. 8] (the "Motion"). Polymer80 filed a Notice of Hearing for the Motion on August 1, 2025 [ECF No. 10] which initially set a hearing for September 4, 2025, at 2:30 p.m.

3. On August 21, 2025, Polymer80 filed a Stipulation to Reschedule Hearing (First Request) [ECF No. 14] resetting the September 4, 2025, hearing to November 7, 2025, at 1:30 p.m.

4. Counsel for Polymer80 has a pre-existing conflict on November 7, 2025, which precludes their availability for the hearing on the Motion.

5. The Parties made a request for alternative hearing dates from the Court and have agreed to reschedule the hearing on the Motion to December 10, 2025, at 1:30 p.m.

6. This is the second request to reschedule the hearing on the Motion, and it is not made for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 29th day of October 2025.

**WOODBURN AND WEDGE**

*/s/ Seth Adams*
SETH J. ADAMS, ESQ.
Nevada Bar No. 11034
6100 Neil Road, Suite 500
Reno, Nevada 89511
(775)688-3000
sadams@woodburnandwedge.com
*Attorneys for Stryk Group Fund*

DATED this 29th day of October 2025.

**SIMONS HALL JOHNSTON PC**

*/s/ Duncan Burke*
BRAD JOHNSTON, ESQ.
Nevada Bar No. 8515
BJohnston@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Alleged Debtor Polymer80*

Page 2 of 4

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of the Simons Hall Johnston PC located at 690 Sierra Rose Drive Sierra Rose Drive, Reno, Nevada 89511, and that on this date I served the **STIPULATION TO RESCHEDULE HEARING** upon the parties set forth below by:

[X]  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system, which will send notification of electronic filing to the parties to this action as follows:

SETH J. ADAMS on behalf of Stryk Group Fund.
sadams@woodburnandwedge.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

[X]  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices by regular mail.

BMO Bank N.A., c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

[ ]  By electronic e-mail to the following e-mail addresses:

[ ]  Personal delivery.

[ ]  Federal Express or other overnight delivery.

DATED this 29th day of October 2025.

/s/ *Terri Tribble*
An Employee of Simons Hall Johnston PC

Page 3 of 4