_Hilary L. Barnes_
_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
February 05, 2026

BRAD M. JOHNSTON, ESQ.
Nevada Bar No. 8515
BJohnston@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447
Telephone: (775) 463-9500
Facsimile: (775) 463-4032

*Attorneys for Polymer80, Inc.*

**SIMONS HALL JOHNSTON PC**
22 State Route 208
Yerington, NV 89447
Phone: (775) 463-9500

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

POLYMER80 Inc.,

        Debtor.

Case No.:   BK-25-50566-HLB

Involuntary Chapter 7 Case

**ORDER GRANTING MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION**

Hearing Date: 1/23/26 at 1:30 PM

On July 16, 2025, Debtor Polymer80 Inc. ("Polymer80") filed its Motion to Dismiss (the "Motion"), Doc. 8 herein. Petitioner Stryk Group Fund ("SGF") filed its Opposition on October 24, 2025, Doc. 18 herein. Polymer80 filed its reply on December 3, 2025, Doc 23 herein. The Court held a hearing on the Motion on December 10, 2025, and took the matter under submission. The Court held a subsequent hearing on January 23, 2025, solely for the purpose of making its ruling on the Motion. At the January 23, 2025, hearing Polymer80 appeared through its attorney DUNCAN

1

G. BURKE, ESQ. of the law offices of SIMONS HALL JOHNSTON PC, and SGF appeared by and through its attorneys, SETH J. ADAMS, of the law offices of WOODBURN AND WEDGE. There were no other appearances.

In accordance with Fed. R. Civ. P. 52, as adopted pursuant to Fed. R. Bankr. P. 7052 and made applicable herein by Fed. R. Bankr. P. 9014(c), at the January 23, 2026, hearing, the Court set forth orally and recorded in open court its findings of fact and conclusions of law in support of this Order, and such findings and conclusions are incorporated herein in their entirety by this reference. Such findings and conclusions included, but were not limited to, the following:

1. The Motion is granted and the Chapter 7 Involuntary Petition filed by SGF against Polymer80, Doc. 1 herein, is dismissed.

2. The Court shall award Polymer80 its reasonable attorneys' fees and costs necessarily incurred in bringing the Motion.

3. No punitive damages are awarded to Polymer80 by virtue of the Motion.

4. Polymer80 shall file and provide proper notice of its attorneys' fees and costs necessarily incurred in bringing the Motion.

5. SGF shall have 14 days from the date of Polymer80's notice of its attorneys' fees and costs to respond.

IT IS SO ORDERED.

Submitted by:

DATED this 4th day of February 2026.

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447

By: /s/ Duncan Burke
BRAD M. JOHNSTON, ESQ.
DUNCAN G. BURKE, ESQ.
*Attorneys for Polymer80, Inc.*

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, NV 89447
Phone: (775) 463-9500

**LR 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

*APPROVED*/*DISAPPROVED/FAILED TO RESPOND*
WOODBURN AND WEDGE
6100 Neil Rd, Ste. 500
PO Box 2311
Reno, NV 89505

By:____/s/ Seth J. Adams_____
      Seth J. Adams, Esq.
      *Counsel for Stryk Group Fund*

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

<u>Submitted by:</u>

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447

By: /s/ Duncan Burke_____
BRAD M. JOHNSTON, ESQ.
DUNCAN G. BURKE, ESQ.
*Attorneys for Polymer80, Inc.*

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, NV 89447
Phone: (775) 463-9500